FRED LINTON, Appellant, v. PERRY KNITTING COMPANY, Respondent.

Submitted May 21, 1945; decided May 24, 1945.

*Casper V. Baltensperger* for motion.
*William L. Clay* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion unless appellant serves and files an undertaking and pays $10 costs within ten days, in which event the motion is denied.